UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EXPRESS MOBILE, INC.,

    Plaintiff,

v.

GLOBANT, S.A., et al.,

    Defendants.

Case No. 18-cv-04681-RS

**STANDBY ORDER OF DISMSSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 4, 2019**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 11, 2019, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: February 5, 2019

_____
Richard Seeborg
United States District Judge