| | |
|---|---|
| Jeffrey Francis Craft SBN 147186<br>jcraft@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>2069 Cold Canyon Road<br>Calabasas, CA 91302<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>Timothy Devlin (*pro hac vice*)<br>tdevlin@devlinlawfirm.com<br>Robert Dean Kiddie, Jr.<br>(*pro hac vice* to be filed)<br>rkiddie@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1306 N. Broom St., 1st Floor<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>Seth Wiener SBN 203747<br>seth@sethwienerlaw.com<br>LAW OFFICES OF SETH WIENER<br>609 Karina Court<br>San Ramon, CA 94582<br>Telephone: (925) 487-5607<br><br>Attorneys for Plaintiff Express Mobile, Inc. | Mark Fowler SBN 124235<br>mark.fowler@dlapiper.com<br>Robert Buergi SBN 242910<br>robert.buergi@dlapiper.com<br>Erik R. Fuehrer SBN 252578<br>erik.fuehrer@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>Telephone: 650-833-2000<br>Facsimile: 650-833-2001<br><br>Attorneys for Defendant Globant, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GLOBANT S.A. AND GLOBANT, LLC<br><br>　　　　　Defendant. | Case No: 3:18-cv-04681-RS<br><br>ORDER<br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

STIPULATION OF DISMISSAL WITH PREJUDICE


IT IS HEREBY STIPULATED by Plaintiff Express Mobile, Inc., ("Plaintiff") and Defendants Globant S.A.[1] and Globant, LLC, ("Defendants"), subject to the approval of the Court, that the above-caption action is hereby dismissed WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a). Each party to bear its own attorneys' fees and expenses.

Respectfully submitted,

Dated: April 4, 2019

/s/ Jeffrey Francis Craft
Jeffrey Francis Craft SBN 147186
jcraft@devlinlawfirm.com
DEVLIN LAW FIRM LLC
2069 Cold Canyon Road
Calabasas, CA 91302
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Express Mobile, Inc.*

/s/ Mark Fowler
Mark Fowler SBN 124235
mark.fowler@dlapiper.com
Robert Buergi SBN 242910
robert.buergi@dlapiper.com
Erik R. Fuehrer SBN 252578
erik.fuehrer@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650-833-2000
Facsimile: 650-833-2001

*Attorneys for Defendant*
*Globant, LLC*

Pursuant to ND Cal Local Rule 5-1(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

---

[1] Defendant Globant S.A. has not been formally served in this action and has not made a formal appearance. However, Globant S.A. joins the relief requested herein.

GRANTED
Judge Richard Seeborg
Date: 4/4/19
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA